UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:10-CR-144-BO1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL OF RECORD |
| JAMES WILLIAM PAUL SANDERSON | ) | |

NOW COMES the undersigned counsel, Nardine Mary Guirguis, and moves this Honorable Court for an order allowing her to withdraw as counsel of record in the above referenced case. The undersigned counsel respectfully shows unto the Court the following in support of this motion:

1. The undersigned counsel made an appearance in the above referenced case on January 31, 2012.

2. Since then the undersigned counsel has diligently engaged in serving defendant's best interests through substantial and detailed efforts.

3. On April 25, 2012 undersigned counsel and defendant were prepared to move forward on the Sentencing of this above referenced case.

4. However, the government presented the potential of having to use newly provided "evidence" during the defendant's Sentencing which alleges that the defendant made a series of statements to *another defendant*. This *other defendant* was undersigned counsel's former client.

5. In ensuring that undersigned counsel moves forward with due efforts and diligence, undersigned counsel engaged the assistance of the North Carolina State Bar regarding this potential conflict of interest.

6. The NC State Bar indicated that only under certain circumstances would there be a conflict of interests, which would require that undersigned counsel make a motion to withdraw in this aforementioned case. That being said, these "certain circumstances" would not be potentially known until the Sentencing of this matter.

7. Despite the Defendant's desire to have undersigned counsel complete this matter and undersigned counsel's ability and preparation in doing so, the most prudent way for undersigned counsel to currently proceed is to make a respectful motion to withdraw.

WHEREFORE, for the aforementioned reasons the undersigned counsel respectfully requests that this Honorable Court enter an order allowing the undersigned counsel to withdraw as counsel of record for the Defendant.

Respectfully submitted this 19th day of December, 2012.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
Attorney for the Defendant
434 Fayetteville St., Suite 2350
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
nardine@guirguislaw.com

CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States electronically at the following address:

J. Frank Bradsher
Assistant United States Attorney
frank.bradsher@usdoj.gov
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601-1461

  This 19th day of December, 2012.

            GUIRGUIS LAW, PA

            /s/Nardine Mary Guirguis
            Nardine Mary Guirguis
            Attorney for the Defendant
            434 Fayetteville St., Suite 2350
            Raleigh, North Carolina 27601
            Telephone: (919) 832-0500
            Nardine@GuirguisLaw.com