UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-144-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES WILLIAM PAUL SANDERSON, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion for Detention Hearing [DE-126]. Sanderson's conviction was recently vacated by the Fourth Circuit Court of Appeals, and he is awaiting arraignment and possible trial on various drug distribution and firearms charges in this district. Because the Defendant is awaiting arraignment and trial, counsel needs access to him for possible trial preparation or other plea negotiations. The motion indicates that Sanderson is being returned to USP-Lee in Pennington Gap, Virginia, the Federal Corrections facility at which he was serving his (now vacated) sentence. Because counsel requires access to the Defendant and the court may need to schedule a detention hearing, the United States Marshal's service is DIRECTED to return Sanderson to this district to await trial. If Sanderson is currently detained in this district, he should not be removed until after his trial or sentencing hearing. The Government is DIRECTED to respond to defense counsel's request for a detention hearing [DE-126] on or before June 16, 2014.

SO ORDERED.

This the 3rd day of June, 2014.

_____
JAMES C. FOX
Senior United States District Judge