IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-cr-00144-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES WILLIAM PAUL SANDERSON | ) | |

On unopposed motion by the Government, and for the reasons stated therein, it is hereby ORDERED that the Preliminary Order of Forfeiture be VACATED.

This the 1st day of July, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge