UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-00144-F

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V. | } | ORDER |
| | } | |
| JAMES WILLIAM PAUL SANDERSON | } | |

On the defendant's motion to seal [DE 151], and for good cause shown, it is hereby ORDERED that the defendant's motion [DE 151] be sealed until further notice by this Court.

So Ordered.

This the 10th day of February, 2015.

JAMES C. FOX
Senior United States District Court Judge