IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-00144-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES WILLIAM PAUL SANDERSON, | ) | |
| Defendant. | ) | |

This matter is before the court on James William Paul Sanderson's May 4, 2015 letter motion [DE-161] seeking to withdraw his guilty plea and get new appointed counsel. Sanderson's letter motion was addressed at a hearing held before the court on June 2, 2015. At the hearing, Sanderson advised the court that he no longer wishes to withdraw his guilty plea and is ready to proceed to sentencing at the June 29, 2015 term of court. Sanderson also advised the court that he wishes to continue to be represented by attorney Rosemary Godwin. In light of the foregoing representations by Sanderson, his May 4, 2015 letter motion [DE-161] was DENIED.

SO ORDERED.

This, the 2 day of June, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge