UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-cr-00144-D-1

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMES WILLIAM PAUL SANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' Motion to seal Exhibit 1, medical records [D.E. 235] attached to the United States' response in opposition to Defendant's motion for compassionate release [D.E. 229, 232].

For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the Exhibit 1 [D.E. 235] attached to the United States' response in opposition to Defendant's motion for compassionate release.

SO ORDERED this 1 day of June 2021.

JAMES C. DEVER III
United States District Judge